UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDGAR RICE BURROUGHS, INC.,

Plaintiff,

-v-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

---

26 Civ. 6736 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 18, 2026, at 2:30 p.m., Plaintiff Edgar Rice Burroughs, Inc. shall appear before the undersigned for a Webex conference regarding its pending motions. The Court does not expect to issue a ruling at the conference, but counsel must be prepared to discuss his submissions. The conference will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge