WHITEWOOD LAW
YOUR INNOVATION, OUR EXPERTISE

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

SO ORDERED
August 17, 2026

JOHN P. CRONAN
United States District Judge

The conference scheduled for August 18, 2026 is adjourned until August 19, 2026, at 2:00 p.m. The conference will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007. This conference, and all pretrial conferences in this case, must be attended by the attorney who will serve as principal trial counsel. The Court expects Mr. Shengmao Mu to appear at the conference, as he is a declarant in support of the pending motion for a temporary restraining order.

August 14, 2026
Hon. John P. Cronan
Courtroom 12D
United States Courthouse
500 Pearl Street
New York, NY 10007

**MOTION TO ADJOURN HEARING**

Re: Edgar Rice Burroughs, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint. Case No. 1:26-cv-6736.

Dear Judge Cronan,

Plaintiff Edgar Rice Burroughs ("Plaintiff") in the above-referenced action hereby submits this motion to adjourn the hearing set for 2:30 pm on August 18, 2026, to the following day, August 19, 2026, at a time before 2:00 pm.

Plaintiff requests this adjournment as counsel who will appear in person at the hearing resides in Chicago despite working from a New York office. Plaintiff's counsel will already be in New York on August 19, 2026, attending a hearing on a different matter, and will have to arrange additional lodgings if the hearing remains on the scheduled date.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Keaton Smith*
Keaton Smith
NY No. 6315600
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*